UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRISTIAN FERNEY TORRES POLANCO,

Petitioner,

v.

WARDEN OF THE CENTRAL VALLEY ANNEX DETENTION FACILITY,

Respondent.

No. 1:26-cv-08200-DAD-JDP

ORDER GRANTING PETITIONER'S MOTION TO PROCEED *IN FORMA PAUPERIS*; GRANTING PETITION FOR WRIT OF HABEAS CORPUS; AND DENYING PETITIONER'S MOTIONS FOR A TEMPORARY RESTRAINING ORDER AND FOR APPOINTMENT OF COUNSEL AS MOOT

(Doc. Nos. 1, 2, 3, 4)

Petitioner is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed on October 5, 2026. Petitioner has also filed a motion to proceed *in forma pauperis* (Doc. No. 2), motion for a temporary restraining order ("TRO") (Doc. No. 4), and a motion for appointment of counsel. (Doc. No. 3.) On October 9, 2026, respondent filed a response in opposition to the TRO motion and stated it had no objection to the court ruling on petitioner's underlying habeas petition based upon the briefing currently before it. (Doc. No. 8.) Thus, the court will do so now.

Petitioner is a citizen of Columbia. (Doc. No. 1 at 6.) He entered the United States on or about December 26, 2022. (*Id.*; Doc. No. 8 at 1.) Shortly thereafter, on December 28, 2022, immigration officials paroled him into the United States. (Doc. No. 8-1 at 2.) In late July 2026, immigration authorities re-detained petitioner after his arrest by the Utah Highway Patrol. (Doc. No. 8-1 at 1–3.) He has remained in immigration custody since that date.

In its response to the habeas petition and TRO motion filed by petitioner, respondent argues that petitioner's current detention is mandatory and is governed by 8 U.S.C. § 1225(b)(2). (Doc. No. 8 at 1.) There is no evidence before the court indicating that petitioner was provided with advanced notice or a pre-detention hearing before immigration authorities re-detained him. Pursuant to the reasoning set forth in *Chavarria v. Chestnut*, No. 1:25-cv-01755-DAD-AC, 2025 WL 3533606, at *2–5 (E.D. Cal. Dec. 9, 2025) (concluding that the re-detention of a noncitizen who was previously paroled into the United States without notice or a pre-detention hearing violated due process), the court concludes that petitioner's re-detention violates due process and will order his immediate release.

Accordingly,

1. Petitioner's motion to proceed *in forma pauperis* (Doc. No. 2) is GRANTED;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:
    a. Respondent is ORDERED to immediately release petitioner Cristian Ferney Torres Polanco, A-File No. 246-598-772, from respondent's custody on the conditions, if any, he was subject to prior to his current detention;
    b. Respondent is ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-deprivation hearing before an immigration judge, at which hearing respondent shall bear the burden of establishing that petitioner is a flight risk or poses a danger to the community by clear and convincing evidence;

3. Petitioner's motions for a temporary restraining order (Doc. No. 4) and for appointment of counsel (Doc. No. 3) are DENIED as having been rendered moot by this order granting petitioner habeas relief;

4. The Clerk of the Court is directed to serve a copy of this order on the warden of the Central Valley Annex; and

5. The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and to CLOSE this case.

IT IS SO ORDERED.

Dated: **November 6, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE